UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEYON PULLINS                                    CIVIL ACTION

VERSUS

EAST BATON ROUGE SHERIFF'S              NO. 19-00776-BAJ-SDJ
DEPARTMENT, ET AL.

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report And Recommendation** **(Doc. 5)** recommending that the Court dismiss this action for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. The Magistrate Judge further recommends that the Court decline the exercise of supplemental jurisdiction over any potential state law claims, to the extent Plaintiff's allegations may be interpreted as seeking to invoke the Court's supplemental jurisdiction. There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 10th day of December, 2020

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**